IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON PICKETT, #190703, ) | |
| a.k.a., Leon Pickett El-Bey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv727-WHA |
| ) | |
| PRESIDENT PRO TEMPORE ) | |
| SENATORS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND OPINION

On October 24, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the plaintiff's motion to certify case as a class action is DENIED.

Done this the 14th day of November, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE